**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  Tel.: *(518) 431-0247*
*James T. Foley U.S. Courthouse*  Fax: *(518) 431-0249*
*Albany, New York 12207-2924*

July 29, 2025

**VIA ECF**

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207

Re:  *United States v. Justin Zimmer*
      Docket No. 1:24-CR-209 (MAD)

Dear Judge D'Agostino:

    The United States respectfully requests a thirty (30)-day adjournment of the sentencing proceeding in the above-referenced case, currently scheduled for August 28, 2025, and a corresponding extension of the deadline to file sentencing memoranda in this case, currently set for August 7, 2025.  *See* Dkt. 45.  The reason for the requested adjournment is that the government objected to a portion of the June 20, 2025 Presentence Investigation Report ("PSR"), *see* Dkt. 46, and U.S. Probation did not adopt the government's position but responded with additional case law in support of their position.  *See* Dkt. 48.  The additional time will allow for the government to review the case law and further consult with Probation.  Counsel for Mr. Zimmer takes no position on the government's request.

    Respectfully submitted,

    JOHN A. SARCONE III
    Acting United States Attorney

By:   */s/ Allen J. Vickey*
    Allen J. Vickey
    Assistant United States Attorney
    Bar Roll No. 513696

cc:  Terence L. Kindlon, Esq. (via ECF)
    Steven Sheffer, U.S. Probation Officer (via email)